Clerk of the CCA,                                    10-23-15

I wish to order copies of every documents pertaining to my State habeas corpus case. Would you please send me a print-out with a list of documents filed with pricing for each.

RECEIVED
IN SUPREME COURT
OF TEXAS

OCT 26 2015

BLAKE HAWTHORNE, Clerk
BY_____Deputy

May I also have a print-out of my case docket sheet.

                         Sincerely,
                    John Galbraith #1473442
                    Estelle Unit
                    264 FM 3478
                    Huntsville, TX 77320-3322

I don't know my case number and my case was Denied in 2011.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk